# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

JUAN CRUZ CARILLO,

      Petitioner,

      v.

GREGORY BOVINO, et al.,

      Respondents.

No. 5:26-cv-00268-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Petition is granted.

3. Petitioner's detention shall be evaluated under 8 U.S.C. § 1226(a) until his removal proceedings are administratively final and unless he becomes subject to a provision that would require mandatory detention under § 1226(c).

4. Judgment shall be entered consistent with this Order.

5.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: April 9, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE