J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

JUAN CRUZ CARILLO,

　　　　Petitioner,

　　v.

GREGORY BOVINO, et al.,

　　　　Respondents.

No. 5:26-cv-00268-SSS-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. Petitioner's detention shall be evaluated under 8 U.S.C. § 1226(a) until his removal proceedings are administratively final and unless he becomes subject to a provision that would require mandatory detention under § 1226(c). The Clerk of Court is directed to close this case.

DATED: April 9, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE